

RETURN DATE
AND TIME: JANUARY 22, 2013

9:30 am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

AMERICAN LAND ACQUISITION CORPORATION
In re:                                                    Case Number: 8-12-76440

                    Debtor(s)              Chapter:    7

------------------------------------------------X

## NOTICE OF MOTION

SIRS:

PLEASE TAKE NOTICE that upon the annexed application of __DALE R. JAVINO__ AMERICAN LAND ACQUISITION CORP Debtor/Creditor herein, a hearing will be held before the Hon. __ALAN S. TRUST__, Bankruptcy Judge, to consider the __DEBTORS__'s motion for an order granting relief as follows: __WITHDRAW DISMISS CHAPTER 7 BANKRUPTCY AS IT WAS FILED BY MISTAKE__

Date and time of hearing: __JANUARY 22, 2013__

Location: US Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722
Courtroom # 960, Floor 9th

Dated: __DECEMBER 18, 2012__    By: _____
                                   (Signature of Debtor/Creditor)

Print Name: AMERICAN LAND ACQUISITION

Address: 1000 TENTH STREET

RONKONKOMA, NY 11779

Telephone Number: 516 250 2341

10/30/2010

UNITED STATES BAKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
in re:    AMERICAN LAND ACQUISITION
CORPORATION                                    Case No. 8-12-76440

Chapter: 7

Debtor(s)
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

To the Hon. __ALAN S. TRUST_____, Bankruptcy Judge:

I, __DALE ROBERT JAVINO  Pres.__, Movant herein, make this application

in support of my motion for the following relief:

As President of American Land Acquisition Corp duly sworn

depose and state as follows:  I by mistake filed a Chapter 7

Bankruptcy and wish to withdraw after speaking with counsel.

In support of this motion, I hereby allege as follows:

IN FEAR OF LOSING THE PROPERTY AND UNABLE TO SPEAK WITH AN

ATTORNEY I IMMEDIATELY FILED FOR BANKRUPTCY PROTECTION UNAWARE

A FILING IN THE WRONG CHAPTER AND NOT NEEDING THE GO TO THIS

EXTREME. I ASK THAT THE BANKRUTCY BE WITHDRAW DISMISSED

WHEREFORE, Debtor prays for an Order granting the relief requested

Dated: 12/18/2012

Movant (signature)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------x
In re:   AMERICAN LAND ACQUISITION           Case No. 8-12-76440   AST
CORPORATION                                   Chapter: 7


                                Debtor(s)
-------------------------------------------------x


## CERTIFICATE OF SERVICE

The undersigned certifies that on ___DECEMBER 19, 2012___ ,
                                    (date of mailing)
a copy of the annexed papers was served by depositing same, enclosed
in a properly addressed postage-paid envelope, in an official depository
under the exclusive care and custody of the United States Postal Service
within the State of New York, upon [specify name and mailing address of
each party served]:

United States Trustee
LI Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

MARC PERGAMENT   TRUSTEE
400 GARDEN CITY PLAZA
SUITE 403
GARDEN CITY, NY 11530
516 877 2424


Dated:  DECEMBER 19, 2012

                                        (signature)
                                        Rev. 9/13/07

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

In re:  AMERICAN LAND ACQUISITION     Case No. 8-12-76440  AST
CORPORATION                            Chapter: 7

Debtor(s)
-------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on __DECEMBER 19, 2012__,
(date of mailing)
a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon [specify name and mailing address of each party served]:  WAYNE MILLER, 700 LAKELAND AVENUE BOHEMIA NEW YORK

United States Trustee
LI Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

Dated: DECEMBER 19, 2012

(signature)

Rev 9/13/07

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:  AMERICAN LAND ACQUISITION         Case No. 8-12-76440  AST
CORPORATION                               Chapter: 7

Debtor(s)
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____DECEMBER 19, 2012_____,
(date of mailing)
a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon [specify name and mailing address of each party served]:

United States Trustee
LI Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

WEINBERG GROSS & PERGAMENT LLP
400 Garden City Plaza
Garden City, NY 11530

AND SERVICE UPON THE UNITED STATES TRUSTE

Dated: Dec 19, 2012

(signature)

Rev 9/13/07