UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

American Land Acquisition Corporation,                Case No.: 12-76440-735
                                                       Chapter 7
                          Debtor.
---------------------------------------------------------X

## ORDER GRANTING *EX PARTE* MOTION PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION AND DIRECTING PRODUCTION OF DOCUMENTS

UPON the *ex parte* motion (the "Motion")[1] of Marc A. Pergament, the Chapter 7 Trustee of the above named Debtor's estate, by and through his counsel, Weinberg, Gross & Pergament LLP, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and the Court being satisfied that the relief sought in the Motion is appropriate under the circumstances; and good and sufficient cause appearing for the entry of this Order; it is hereby

**ORDERED**, that the relief requested in the Motion is granted as set forth below; and it is further

**ORDERED**, that Dale Javino shall produce the documents set forth in the Request for Documents, which is annexed to the Motion at Schedule "A", at the offices of Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York within **thirty (30) days** after the date of service of this Order; and it is further

**ORDERED**, that Dale Javino is directed to appear for examination and testify as to assets and income at the offices of Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York within **twenty (20) days** after the date of service of this Order; and it is further

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED**, that service of a copy of this Order, with the Request for Documents, and a Rule 2004 subpoena, by personal service upon Dale Javino shall be deemed good and sufficient notice.



Dated: December 27, 2012　　　　　　　　　　　　　　　　　　　／s／ Alan S. Trust
　　　　Central Islip, New York　　　　　　　　　　　　　　　　　　Alan S. Trust
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge