UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

American Land Acquisition Corporation,

Case No.: 12-76440-ast
Chapter 7

                            Debtor.
--------------------------------------------------------X

## ORDER DENYING DEBTOR'S MOTION TO DISMISS

On December 19, 2012, the debtor, American Land Acquisition Corporation (the "Debtor"), filed a *pro se* motion to dismiss this Chapter 7 case (the "Motion") [dkt item 14]; and the Chapter 7 Trustee, Marc A. Pergament (the "Trustee"), filed and served an Affirmation in Opposition to the Motion [dkt item 18]; and creditor, Wayne Miller ("Miller"), filed and served an Affidavit in Opposition to the Motion [dkt item 17]; and the Debtor having filed the Reply Affidavit of Dale R. Javino ("Javino") [dkt item 24]; and

A hearing on the Motion having been held before the undersigned on February 19, 2012 (the "Hearing"), and the Debtor appeared *pro se* by its president, Javino, and the Trustee appeared by Weinberg, Gross & Pergament LLP by Marc A. Pergament, Esq., and Miller appeared by Fallon & Fallon by David Fallon, Esq., and after due deliberation and consideration, and for the reasons set forth in this Court's findings of fact and conclusions of law stated on the record of the Hearing, it is hereby

**ORDERED**, that the Debtor's Motion seeking dismissal of this case is DENIED.



**Dated: February 20, 2013**
      **Central Islip, New York**

_____
      **Alan S. Trust**
**United States Bankruptcy Judge**