# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

February 21, 2013

<u>Via ECF</u>

Honorable Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
P.O. Box 9013
Central Islip, New York  11722-9013

Re: American Land Acquisition Corporation
<u>Case No. 812-76440-735</u>

Dear Judge Trust:

This firm is counsel to the Trustee in the above-referenced Chapter 7 case and I am the Trustee in this case.

On February 19, 2013, Your Honor scheduled a status conference in this case on March 21, 2013 at 2:00 p.m. and I request that Your Honor move that status conference to that same date at 9:30 a.m. as I have a conflict in the afternoon.

Thank you for your consideration of this request.

Respectfully yours,

Marc A. Pergament

MAP:mm
cc: Mr. Dale Javino
    American Land Acquisitions Corporation
    1000 Tenth Street
    Ronkonkoma, New York  11779