HEARING DATE & TIME: 3/21/2013 9:30 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:
AMERICAN LAND ACQUISITION CORP

Case No. 8-12-76440
Chapter: 7

Debtor(s)
-------------------------------------------------------x

## OBJECTION TO NOTICE OF MOTION

To the Hon. Alan S. Trust, Bankruptcy Judge;

I DALE ROBERT JAVINO, Debtor in the above-captioned bankruptcy proceeding, respectfully Object to the Motion filed by MARC PERGAMENT for the following relief, DEBTOR TO COMPLY TO TRUSTEE DEMANDS

In support of this objection, I hereby allege as follows:

THE TRUSTEE COMMITTED NUMEROUS ACTS OF PERJURY, NOTWITHSTANDING GROSSLY MISSTATING AND OMITTING OBVIOUS IMPORTANT MATERIAL FACTS THE PETITION WAS FILED UNDER DURESS IN WHICH THE ATTORNEY FOR THE CREDITOR COMMITTED ACTS OF DISHONESTY, FRAUD AND SEWER SERVICE WITH REGARD TO THE SALE OF DEBTORS PROPERTY.

THE PETITION IS FATALLY DEFECTIVE NO SCHEDULES WERE FILED THERE HAD BEEN NO 341 MEETING AND DEBTOR WAS QUESTIONED UNDER OATH BY CREDITORS COUNSEL AND TRUSTEE WITHOUT BEING REPRESENTED BY COUNSEL. THERE IS AND WAS A PENDING CONTRACT OF SALE CREDITORS COUNSEL COMMITTED ACTS VIOLATING ATTORNEY DISIPLINARY RULES DEBTOR SOUGHT COUNSEL WHO INSTRUCTED HIM TO WITHDRAW BANKRUPTCY

Wherefore, I respectfully request that this Court enter an order denying the relief requested.

Dated: 2/25/2013

By: _____
(Signature of Debtor)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:  
AMERICAN LAND ACQUISITION CORP

Case No. 8-12-76440  
Chapter: 7

Debtor(s)

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on FEB 25, 2013_____, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

US TRUSTEE UNITED STATES COURTHOUSE, CENTRAL ISLIP, NEW YORK 11722 TRUSTEE MARC PERGAMENT 400 GARDEN CITY PLAZA SUITE 403, GARDEN CITY, NEW YORK 11530 WAYNE MILLER 263 RIVER AVENUE, PATCHOGUE, NEW YORK 11772

Dated: 2/27/2013

(Signature)