Dale

UNITED STATES BANKRUPTCY COURT     RETURN DATE 03/21/2013
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X   Case No 8-12-76440ast
In Re                                                      Judge Alan S Trust

                                                             Chapter 7

American Land Acquisition Corporation


                        Debtor
------------------------------------------------------X

## NOTICE OF REARGUEMENT MOTION

COMES NOW Dale R. Javino pro se on behalf of American Land Acquisition Corporation debtor that upon application a hearing will be held before the Honorable Trust Bankruptcy Judge, to consider the debtors motion to reargue from the decision rendered on February 20, 2013 which was orally argued on February 19, 2013 which denied the debtors motion (see attached decision/order) at the U.S. Federal Bankruptcy Court 290 Federal Plaza, Central Islip, New York 11772 9th floor room 960 on March 21, 2013 9:30 am or any time counsel can be heard for an order dismissing the bankruptcy on new found evidence that the filing was in fact defective.

Dated: February 28, 2013

                                                            _____
                                                            Dale R. Javino pro se

RECEIVED 2013 FEB 28 P 4:09 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Case No 8-12-76440ast
In Re                                                                          Judge Alan S Trust

American Land Acquisition Corporation


                              Debtor
---------------------------------------------------------X

## AFFIDAIVT IN SUPPORT REARGUEMENT MOTION


STATE OF NEW YORK )
                                    ) SS:.
COUNTY OF SUFFOLK)


    DALE R. JAVINO pro se on behalf of American Land Acquisition Corporation respectfully ask to reargue the dismissal motion on the fact of new evidence and absolute factual documentation that will dismiss the bankruptcy case as a matter of law.

    It is my opinion from the testimony that your Honor was not privy to my arguments in my papers I submitted and/or did not read my reply affidavit in support of my original motion to dismiss. Moreover, Trustee Pergament went forward without any corporation information putting the cart before the horse and was unaware of corporate filings, officers, resolutions etc. and went forward anyway even hiring his own law firm which has now generated a mountain of legal papers that otherwise should not have been commenced in lieu of the lack of information and why defective petitions are not entertained by the bankruptcy courts.

- 3 -

never researched or filed a bankruptcy before and any other further relief this Honorable Court deems just and proper.

Dated:   Center Moriches, New York
         February 28, 2013

_____
Dale Robert Javino   pres pro se

(NOTARY)

SWORN TO BEFORE ME THIS 28TH DAY OF FEBRUARY 2013

_____

Home | About Ross | Calendar | News | FAQ | Forms | Contact Us

Search...

Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services

My Data Reports | Commercial Recordings | Licensing

# AMERICAN LAND ACQUISITION CORPORATION

New Search | Printer Friendly | Calculate List Fees

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 10/2/2008 |
| Type: | Domestic Corporation | Entity Number: | E0621162008-1 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2012 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20081090102 | Business License Exp: | Exempt - 003 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | R/A'S OF AMERICA | Address 1: | 1504 US HWY 395 N #8 |
| Address 2: | | City: | GARDNERVILLE |
| State: | NV | Zip Code: | 89410-5273 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Other | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $75,000.00 |
| Par Share Count: | 75,000,000.00 | Par Share Value: | $0.001 |

## Officers                                                                 Include Inactive Officers

### Secretary - ANIBAL MATOS

| | | | |
|---|---|---|---|
| Address 1: | 504 US HWY 395 N | Address 2: | #8 |
| City: | GARDNERVILLE | State: | NV |
| Zip Code: | 89410-5273 | Country: | |
| Status: | Active | Email: | |

### Director - ANIBAL MATOS

| | | | |
|---|---|---|---|
| Address 1: | 504 US HWY 395 N | Address 2: | #8 |

|         |              |          |    |
|---------|--------------|----------|----|
| City:   | GARDNERVILLE | State:   | NV |
| Zip Code: | 89410-5273 | Country: |    |
| Status: | Active       | Email:   |    |

**Treasurer - ANIBAL MATOS**

|           |              |            |    |
|-----------|--------------|------------|----|
| Address 1: | 1504 US HWY 395 N | Address 2: | #3 |
| City:     | GARDNERVILLE | State:     | NV |
| Zip Code: | 89410-5273   | Country:   |    |
| Status:   | Active       | Email:     |    |

**President - ANIBAL MATOS**

|           |              |            |    |
|-----------|--------------|------------|----|
| Address 1: | 1504 US HWY 395 N | Address 2: | #3 |
| City:     | GARDNERVILLE | State:     | NV |
| Zip Code: | 89410-5273   | Country:   |    |
| Status:   | Active       | Email:     |    |

**Actions\Amendments**

Click here to view 5 actions\amendments associated with this company

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://www.nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=zd1omFU0r...    8/8/2012

# AMERICAN LAND ACQUISITION CORPORATION



**SilverFlume**
NEVADA'S BUSINESS PORTAL

[New Search]   [Calculate Fees]

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 10/02/2008 |
| Type: | Domestic Corporation | Entity Number: | E0621162008-1 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2013 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20081090102 | Business License Exp: | 10/31/2013 |

| Additional Information | |
|---|---|
| | Central Index Key |

| Registered Agent Information | | | |
|---|---|---|---|
| Name: | R/A'S OF AMERICA, INC. | Address 1: | 1504 US HWY 395 N #8 |
| Address 2: | | City: | GARDNERVILLE |
| State: | NV | Zip Code: | 89410-5273 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Other | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 75,000.00 |
| Par Share Count: | 75,000,000 | Par Share Value: | $ .00 |

**Officers**   ☐ Include Inactive Officers

**Secretary - DALE R JAVINO**

| | | | |
|---|---|---|---|
| Address 1: | 1504 US HWY 395 N #8 | Address 2: | |
| City: | GARDNERVILLE | State: | NV |
| Zip Code: | 89410-5273 | Country: | |
| Status: | Active | Email: | |

**Director - DALE R JAVINO**



| Address 1: | 1504 US HWY 395 N #8 | Address 2: | |
| --- | --- | --- | --- |
| City: | GARDNERVILLE | State: | NV |
| Zip Code: | 89410-527? | Country: | |
| Status: | Active | Email: | |

**Treasurer - DALE R JAVINO**

| Address 1: | 1504 US HWY 395 N #8 | Address 2: | |
| --- | --- | --- | --- |
| City: | GARDNERVILLE | State: | NV |
| Zip Code: | 89410-527? | Country: | |
| Status: | Active | Email: | |

**President - DALE R JAVINO**

| Address 1: | 1504 US HWY 395 N #8 | Address 2: | |
| --- | --- | --- | --- |
| City: | GARDNERVILLE | State: | NV |
| Zip Code: | 89410-527? | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 6 actions\amendments associated with this company

Disclaimer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

American Land Acquisition Corporation,

                            Debtor.
-------------------------------------------------------------X

Case No.: 12-76440-ast
Chapter 7

## ORDER DENYING DEBTOR'S MOTION TO DISMISS

On December 19, 2012, the debtor, American Land Acquisition Corporation (the "Debtor"), filed a *pro se* motion to dismiss this Chapter 7 case (the "Motion") [dkt item 14]; and the Chapter 7 Trustee, Marc A. Pergament (the "Trustee"), filed and served an Affirmation in Opposition to the Motion [dkt item 18]; and creditor, Wayne Miller ("Miller"), filed and served an Affidavit in Opposition to the Motion [dkt item 17]; and the Debtor having filed the Reply Affidavit of Dale R. Javino ("Javino") [dkt item 24]; and

A hearing on the Motion having been held before the undersigned on February 19, 2012 (the "Hearing"), and the Debtor appeared *pro se* by its president, Javino, and the Trustee appeared by Weinberg, Gross & Pergament LLP by Marc A. Pergament, Esq., and Miller appeared by Fallon & Fallon by David Fallon, Esq., and after due deliberation and consideration, and for the reasons set forth in this Court's findings of fact and conclusions of law stated on the record of the Hearing, it is hereby

ORDERED, that the Debtor's Motion seeking dismissal of this case is DENIED.

Dated: February 20, 2013
Central Islip, New York

                                                                                 Alan S. Trust
                                                                  United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X   Case No 8-12-76440ast
In Re                                                            Judge Alan S Trust

American Land Acquisition Corporation


                    Debtor
------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                  ) SS:.
COUNTY OF SUFFOLK)


JAMES JAVINO BEING DULY SWORN DEPOSE AND STATE THAT I AM EIGHTEEN YEARS OF AGE AND NOT A PARTY TO THIS ACTION:

ON FEBRUARY 28, 2013 I MAILED A TRUE COPY OF THE REARGUEMENT MOTION ON THE UNITED STATES TRUSTEE, LOCATED AT THE UNITED STATES COURTHOUSE CENTRAL ISLIP NEW YORK 11722, ON THE TRUSTEE MARC PERGAMENT LOCATED AT HIS LAW OFFICE WEINBERG GROSS & PERGAMENT 400 GARDEN CITY PLAZA SUITE 403 GARDEN CITY, NEW YORK 11530 AND WAYNE MILLER CREDITOR LOCATED AT 263 RIVER AVENUE, PATCHOGUE, NEW YORK 11772 BY DEPOSITING INTO A UNITED STATES POSTAL RECEPTACLE FIRST CLASS PREPAID MAIL.


DATED; FEBRUARY 28, 2013
        CENTER MORICHES, NEW YORK

                                                          _____
                                                          JAMES JAVINO