# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
Partner

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

March 7, 2013

<u>Via ECF</u>

Honorable Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
P.O. Box 9013
Central Islip, New York  11722-9013

          Re:    American Land Acquisition Corporation
                 <u>Case No. 812-76440-735</u>

Dear Judge Trust:

       This letter shall confirm that Your Honor granted my request to move the status conference in the above-referenced case on March 21, 2013 from 2:00 p.m. to 9:30 a.m.

                                          Respectfully yours,

                                          Marc A. Pergament

MAP:mm
cc:    All Creditors and Parties in Interest
       (See Attached)

Service List

Mr. Dale Javino
American Land Acquisition Corporation
1000 Tenth Street
Ronkonkoma, NY 11779

New York State Dept. of Tax & Finance
Bankruptcy Unit-TCD
Bldg. 8, Room 455
WA Harriman State Campus

NYS Dept. of Tax & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Reliant Realty Group LLC
414 Main Street
2nd Floor
Port Jefferson, NY 11777

State of New York
Office of the Attorney General
120 Broadway
NY, NY 10271

Wayne Miller
c/o Fallon and Fallon, LLP
53 Main Street, Suite 1
Sayville, NY 11782

Wayne Miller
c/o Fallon and Fallon, LLP
53 Main Street
Suite 1
Sayville, NY 11782