UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:                                                                                  Chapter 7

American Land Acquisition Corporation,                     Case No. 812-76440-735

    Debtor.                                                                         <u>Order</u>

-------------------------------------------------------------x

        The Trustee having applied for the entry of an order: (a) designating Dale R. Javino ("Mr. Javino") as the principal of American Land Acquisition Corporation (the "Debtor"); (b) pursuant to 11 U.S.C. §§ 343 and 105(c) of the Bankruptcy Code directing Mr. Javino, as the principal of the Debtor, to appear before the Trustee and submit to an examination under oath at the next scheduled meeting of creditors to be held under 11 U.S.C. § 341 of the Bankruptcy Code and to appear at any adjourned meetings as requested by the Trustee; (c) directing Mr. Javino, as principal of the Debtor, to turnover to the Trustee, any and all books, records and other financial documentation which were maintained by the Debtor, including, but not limited to, books of account, journals, general ledgers, all cancelled checks, deposit slips and bank statements for every account maintained in the name of the Debtor, and all Federal and New York State tax returns filed by the Debtor for the five years up to and including December 31, 2012, which are either in the possession or control of the Debtor, or in the possession or control of any principal or agent of the Debtor, or any present or former attorneys, accountants or former employees of the Debtor; (d) directing Mr. Javino, as principal of the Debtor, to assist the Trustee in identifying and locating all books, records and other financial documentation of the Debtor; (e) directing Mr. Javino, as principal of the Debtor, to turn over any and all agreements, including, but not limited to, loan documents, lease agreements, security agreements relating to the Debtor's business operations or premises, any and all agreements with any entities who shared the Debtor's business operations at any time during the period commencing five years prior to the filing of the Debtor's petition up to and including December

31, 2012; (f) directing Mr. Javino, as principal of the Debtor, to assist the Trustee in obtaining any documents which are in the possession or control of any other principal or agent of the Debtor, or any present or former attorneys, accounts or employees of the Debtor; and (g) for such other and further relief as this Court deems just and proper, and the Notice of Hearing, Affirmation and proposed order having been served upon the Office of the United States Trustee, Dale R. Javino and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure,

A hearing having been conducted before the Honorable Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York and the Trustee appeared by Weinberg, Gross & Pergament LLP by Marc A. Pergament, Esq. and the Debtor appeared by Paul K. Siepmann, Esq., and Dale R. Jarvino having also appeared, and no papers having been served or filed in opposition to the motion, and after due deliberation and consideration, and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that Dale R. Javino is hereby designated as the principal of the Debtor; and it is further

ORDERED, that the Debtor shall serve and file all required Schedules and Statement of Financial Affairs on or before April 8, 2013; and it is further

ORDERED, that the Debtor shall appear on April 11, 2013 at 11:00 a.m. before the Trustee and submit to an examination under oath at the meeting of creditors held under 11 U.S.C. § 341 of the Bankruptcy Code and to appear at any adjourned meetings as requested by the Trustee, and it is further

ORDERED, that the Debtor shall by no later than April 8, 2013, turnover to the Trustee any and all books, records and other financial documentation which were maintained by the Debtor, including, but not limited to, books of account, journals, general ledgers, all

Case 8-12-76440-ast    Doc 54    Filed 04/01/13    Entered 04/02/13 09:16:13

cancelled checks, deposit slips and bank statements for every account maintained in the name of the Debtor, and all Federal and New York State tax returns filed by the Debtor for the five year period up to and including December 31, 2012, which are either in the possession or control of the Debtor, or in the possession or control of any principal or agent of the Debtor, or any present or former attorneys, accountants or former employees of the Debtor; and it is further

ORDERED, that Dale R. Javino is directed to assist the Trustee in identifying and locating all books, records and other financial documentation of the Debtor; and it is further

ORDERED, that Dale R. Javino is directed to assist the Trustee in obtaining any documents which are in the possession or control of any other principal or agent of the Debtor, or any present or former attorneys, accountants or employees of the Debtor.



**Dated: April 1, 2013**  
**Central Islip, New York**

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**