# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403  
400 Garden City Plaza  
Garden City, New York 11530

Marc A. Pergament  
*Partner*

Telephone: (516) 877-2424 Ext. 226  
Facsimile: (516) 877-2460  
Email: mpergament@wgplaw.com

December 12, 2013

VIA ECF

Honorable Alan S. Trust  
United States Bankruptcy Judge  
United States Bankruptcy Court  
Alfonse M. D'Amato U.S. Courthouse  
290 Federal Plaza  
Central Islip, New York  11722-9013

Re: American Land Acquisition Corporation  
Case No. 812-76440-735

Dear Judge Trust:

This firm is counsel to the Trustee in the above-referenced matter. On this date I provided via E-Order a judgment against Dale R. Javino in the sum of $5,000.00 with respect to Your Honor's Order of August 5, 2013 and a judgment against Mr. Javino in the sum of $8,128.20 with respect to Your Honor's Order of December 10, 2013.

In the event Your Honor has any questions concerning the judgments, kindly have Chambers contact me.

Respectfully yours,

Marc A. Pergament

MAP:js  
enclosure