UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                                                                  Chapter 7

American Land Acquisition Corporation,                          Case No.: 12-76440-ast

        Debtor.

------------------------------------------------------------X

### ORDER APPROVING COMPENSATION, COMMISSION AND FINAL REPORT

The Trustee having submitted his Final Report for approval of this Court and also submitting the Fee Application of his attorneys and accountants for a final award of fees and reimbursement of expenses,

The Trustee having sought compensation in the sum of $33,343.35 and reimbursement of expenses in the sum of $13.34, and his attorneys, Weinberg, Gross & Pergament LLP having sought fees in the sum of $100,041.45 and reimbursement of expenses in the sum of $4,626.66, and his accountants, Giambalvo, Stalzer & Company, CPAS, P.C. having sought fees in the sum of $1,702.50 and reimbursement of expenses in the sum of $21.21 and a Statement of No Objection having been filed by the Office of the United States Trustee,

A hearing having been scheduled before the Honorable Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. DAmato U.S. Courthouse, 290 Federal Plaza, Room 960, Central Islip, New York on November 17, 2015 and Dale R. Javino appeared in opposition to the application, and after due deliberation and consideration, and the Court having stated its findings of fact and conclusions of law on the record at a ruling conference held on December 17, 2015, and having found that the request for commissions and fees was fair and reasonable, it is hereby

**ORDERED**, that the Trustee's Final Report is approved in its entirety and the Trustee is awarded compensation in the sum of $33,343.35 and reimbursement of expenses in the sum of $13.34, and he is authorized to remit payment to himself for those amounts, and it is further

**ORDERED**, that Weinberg, Gross & Pergament LLP, the Trustee's attorneys are awarded as and for their fees the sum of $100,041.45 and reimbursement of expenses in the sum of $4,626.66 and the Trustee is authorized to remit payment to his attorneys for those amounts, and it is further

**ORDERED**, that Giambalvo, Stalzer & Company, CPAS, P.C., the Trustee's accountants are awarded as and for their fees the sum of $1,702.50 and reimbursement of expenses in the sum of $21.21 and the Trustee is authorized to remit payment to his accountant for those amounts.



**Dated: January 5, 2016**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**