# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re:  American Land Acquisition Corporati       §   Case No. 812-76440
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marc A. Pergament, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $436,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $340,774.46 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $261,092.54 | |

3) Total gross receipts of $ 601,867.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $601,867.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $55,000.00 | $335,972.09 | $340,499.47 | $340,499.47 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 261,092.54 | 261,092.54 | 261,092.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,500.00 | 698.76 | 232.92 | 232.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,000.00 | 126.21 | 42.07 | 42.07 |
| **TOTAL DISBURSEMENTS** | $71,500.00 | $597,889.60 | $601,867.00 | $601,867.00 |

4) This case was originally filed under Chapter 7 on October 26, 2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2016            By: /s/Marc A. Pergament
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1110-000 | 601,867.00 |
| **TOTAL GROSS RECEIPTS** | | **$601,867.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wayne Miller | 4110-000 | 40,000.00 | 53,543.37 | 58,070.75 | 58,070.75 |
| NOTFILED | Suffolk County Treasurer | 4110-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Warren County Treasurer | 4110-000 | 6,000.00 | N/A | N/A | 0.00 |
| | Arthur J. Giorgini | 4110-000 | N/A | 282,428.72 | 282,428.72 | 282,428.72 |
| **TOTAL SECURED CLAIMS** | | | **$55,000.00** | **$335,972.09** | **$340,499.47** | **$340,499.47** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marc A. Pergament | 2100-000 | N/A | 33,343.35 | 33,343.35 | 33,343.35 |
| Marc A. Pergament | 2200-000 | N/A | 13.34 | 13.34 | 13.34 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | Amount | Amount |
|---|---|---|---:|---:|---:|
| Weinberg, Gross & Pergament LLP | 3110-000 | N/A | 100,041.45 | 100,041.45 | 100,041.45 |
| Weinberg, Gross & Pergament LLP | 3120-000 | N/A | 4,626.66 | 4,626.66 | 4,626.66 |
| Giambalvo, Stalzer & Company, CPAS, P.C. | 3410-000 | N/A | 1,702.50 | 1,702.50 | 1,702.50 |
| Giambalvo, Stalzer & Company, CPAS, P.C. | 3420-000 | N/A | 21.21 | 21.21 | 21.21 |
| Rabobank, N.A. | 2600-000 | N/A | 25.89 | 25.89 | 25.89 |
| Rabobank, N.A. | 2600-000 | N/A | 92.01 | 92.01 | 92.01 |
| Rabobank, N.A. | 2600-000 | N/A | 89.00 | 89.00 | 89.00 |
| Rabobank, N.A. | 2600-000 | N/A | 80.26 | 80.26 | 80.26 |
| Rabobank, N.A. | 2600-000 | N/A | 94.47 | 94.47 | 94.47 |
| PAMP Enterprises Inc. | 2990-000 | N/A | 64,825.00 | 64,825.00 | 64,825.00 |
| Reliant Realty Group LLC | 3510-000 | N/A | 36,000.00 | 36,000.00 | 36,000.00 |
| Angie M. Carpenter, Suffolk County Treasurer | 2820-000 | N/A | 2,427.60 | 2,427.60 | 2,427.60 |
| Angie M. Carpenter, Suffolk County Treasurer | 2820-000 | N/A | 2,427.60 | 2,427.60 | 2,427.60 |
| Angie M. Carpenter, Suffolk County Treasurer | 2820-000 | N/A | 5,599.98 | 5,599.98 | 5,599.98 |
| Angie M. Carpenter, Suffolk County Treasurer | 2820-000 | N/A | 869.33 | 869.33 | 869.33 |
| Angie M. Carpenter, Suffolk County Treasurer | 2820-000 | N/A | 2,427.60 | 2,427.60 | 2,427.60 |
| Rabobank, N.A. | 2600-000 | N/A | 594.53 | 594.53 | 594.53 |
| Rabobank, N.A. | 2600-000 | N/A | 317.01 | 317.01 | 317.01 |
| Rabobank, N.A. | 2600-000 | N/A | 230.23 | 230.23 | 230.23 |
| Rabobank, N.A. | 2600-000 | N/A | 195.01 | 195.01 | 195.01 |
| Rabobank, N.A. | 2600-000 | N/A | 229.54 | 229.54 | 229.54 |
| International Sureties, Ltd. | 2300-000 | N/A | 109.18 | 109.18 | 109.18 |
| Rabobank, N.A. | 2600-000 | N/A | 215.24 | 215.24 | 215.24 |
| Rabobank, N.A. | 2600-000 | N/A | 194.00 | 194.00 | 194.00 |
| Rabobank, N.A. | 2600-000 | N/A | 200.66 | 200.66 | 200.66 |
| Rabobank, N.A. | 2600-000 | N/A | 221.13 | 221.13 | 221.13 |
| Rabobank, N.A. | 2600-000 | N/A | 206.98 | 206.98 | 206.98 |
| Rabobank, N.A. | 2600-000 | N/A | 199.79 | 199.79 | 199.79 |
| Rabobank, N.A. | 2600-000 | N/A | 227.05 | 227.05 | 227.05 |
| Rabobank, N.A. | 2600-000 | N/A | 199.20 | 199.20 | 199.20 |
| New York State Corporation Tax | 2820-000 | N/A | 500.00 | 500.00 | 500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 219.23 | 219.23 | 219.23 |
| Rabobank, N.A. | 2600-000 | N/A | 211.57 | 211.57 | 211.57 |
| Rabobank, N.A. | 2600-000 | N/A | 183.99 | 183.99 | 183.99 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 231.41 | 231.41 | 231.41 |
| International Sureties, Ltd. | 2300-000 | N/A | 85.77 | 85.77 | 85.77 |
| Rabobank, N.A. | 2600-000 | N/A | 203.78 | 203.78 | 203.78 |
| Rabobank, N.A. | 2600-000 | N/A | 189.86 | 189.86 | 189.86 |
| Weinberg, Gross & Pergament LLP | 2300-000 | N/A | -14.70 | -14.70 | -14.70 |
| Rabobank, N.A. | 2600-000 | N/A | 216.71 | 216.71 | 216.71 |
| Rabobank, N.A. | 2600-000 | N/A | 202.86 | 202.86 | 202.86 |
| Rabobank, N.A. | 2600-000 | N/A | 195.82 | 195.82 | 195.82 |
| Rabobank, N.A. | 2600-000 | N/A | 215.77 | 215.77 | 215.77 |
| Rabobank, N.A. | 2600-000 | N/A | 208.71 | 208.71 | 208.71 |
| Rabobank, N.A. | 2600-000 | N/A | 194.96 | 194.96 | 194.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$261,092.54** | **$261,092.54** | **$261,092.54** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | NYS DEPT OF TAX & FINANCE | 5800-000 | N/A | 232.92 | 0.00 | 0.00 |
| 2P-2 | NYS DEPT OF TAX & FINANCE | 5800-000 | 1,500.00 | 232.92 | 0.00 | 0.00 |
| 2P-3 | NYS DEPT OF TAX & FINANCE | 5800-000 | N/A | 232.92 | 232.92 | 232.92 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$1,500.00** | **$698.76** | **$232.92** | **$232.92** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | NYS DEPT OF TAX & FINANCE | 7100-000 | N/A | 42.07 | 0.00 | 0.00 |
| 2U-2 | NYS DEPT OF TAX & FINANCE | 7100-000 | N/A | 42.07 | 0.00 | 0.00 |
| 2U-3 | NYS DEPT OF TAX & FINANCE | 7100-000 | N/A | 42.07 | 42.07 | 42.07 |
| NOTFILED | Wayne Miller | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$15,000.00** | **$126.21** | **$42.07** | **$42.07** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 812-76440  **Trustee:** (521140) Marc A. Pergament
**Case Name:** American Land Acquisition Corporati  **Filed (f) or Converted (c):** 10/26/12 (f)
  **§341(a) Meeting Date:** 11/27/12
**Period Ending:** 02/12/16  **Claims Bar Date:** 03/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY  (See Footnote) | 1,100,000.00 | 1.00 | | 601,867.00 | FA |
| 2 | SANCTIONS JUDGMENT  (u)  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 500.00 | 500.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS | 500.00 | 500.00 | | 0.00 | FA |
| 5 | REAL PROPERTY 0200-0527.00-02.00-047.001 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 6 | REAL PROPERTY 0200-527.00.02.00-047.002 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 7 | REAL PROPERTY 0500 175.00 02.00 076.000 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 8 | REAL PROPERTY 0102 005.00 03.00 099.004 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 9 | REAL PROPERTY 0200.00000.0008.211834.0000 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 10 | REAL PROPERTY WARREN COUNTY, NY | 185,000.00 | 185,000.00 | | 0.00 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$1,536,000.00** | **$436,002.00** | | **$601,867.00** | **$0.00** |

RE PROP# 1    Value identified strictly for reporting purposes
RE PROP# 2    Value identified strictly for reporting purposes

**Major Activities Affecting Case Closing:**

    Hearing on final report 11/17/15

    Pending Appeal by Debtor's Principal

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    September 24, 2015  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 812-76440  
**Case Name:** American Land Acquisition Corporati  

**Taxpayer ID #:** **-***3817  
**Period Ending:** 02/12/16  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $77,387,299.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/13 | {1} | European American Waste Disposal Corp | Real Property | 1110-000 | 60,000.00 | | 60,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.89 | 59,974.11 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.01 | 59,882.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.00 | 59,793.10 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.26 | 59,712.84 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.47 | 59,618.37 |
| 08/05/13 | {1} | Gemini Property Acquisitions LLC | Real Property | 1110-000 | 541,867.00 | | 601,485.37 |
| 08/06/13 | 101 | PAMP Enterprises Inc. | Complete clean up of property | 2990-000 | | 64,825.00 | 536,660.37 |
| 08/06/13 | 102 | Reliant Realty Group LLC | Realtor for Trustee - fees | 3510-000 | | 36,000.00 | 500,660.37 |
| 08/06/13 | 103 | Angie M. Carpenter, Suffolk County Treasurer | Section 105.00, Block 02.00, Lots 133.001,134.000, 135.000, 139.001 and 140.001<br>Voided on 08/12/13 | 2820-000 | | 7,351.57 | 493,308.80 |
| 08/12/13 | 103 | Angie M. Carpenter, Suffolk County Treasurer | Section 105.00, Block 02.00, Lots 133.001,134.000, 135.000, 139.001 and 140.001<br>Voided: check issued on 08/06/13 | 2820-000 | | -7,351.57 | 500,660.37 |
| 08/12/13 | 104 | Angie M. Carpenter, Suffolk County Treasurer | 2011/2012 and 2012/2013 General & School Tax Section 105.00, Block 02.00, Lot 133.001 | 2820-000 | | 2,427.60 | 498,232.77 |
| 08/12/13 | 105 | Angie M. Carpenter, Suffolk County Treasurer | 2011/2012 and 2012/2013 General & School Tax Section 105.00, Block 02.00, Lot 134.000 | 2820-000 | | 2,427.60 | 495,805.17 |
| 08/12/13 | 106 | Angie M. Carpenter, Suffolk County Treasurer | 2011/2012 and 2012/2013 General & School Tax Section 105.00, Block 02.00, Lot 139.001 | 2820-000 | | 5,599.98 | 490,205.19 |
| 08/12/13 | 107 | Angie M. Carpenter, Suffolk County Treasurer | 2011/2012 and 2012/2013 General & School Tax Section 105.00, Block 02.00, Lot 140.001 | 2820-000 | | 869.33 | 489,335.86 |
| 08/12/13 | 108 | Angie M. Carpenter, Suffolk County Treasurer | 2011/2012 and 2012/2013 General & School Tax Section 105.00, Block 02.00, Lot 135.000 | 2820-000 | | 2,427.60 | 486,908.26 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 594.53 | 486,313.73 |
| 09/04/13 | 109 | Fallon & Fallon | Full satisfaction of Lien<br>Voided on 09/04/13 | 4110-000 | | 56,509.15 | 429,804.58 |
| 09/04/13 | 109 | Fallon & Fallon | Full satisfaction of Lien<br>Voided: check issued on 09/04/13 | 4110-000 | | -56,509.15 | 486,313.73 |
| 09/04/13 | 110 | Fallon & Fallon | Full satisfaction of Lien | 4110-000 | | 58,070.75 | 428,242.98 |
| 09/04/13 | 111 | Arthur J. Giorgini | Full satisfaction of lien | 4110-000 | | 282,428.72 | 145,814.26 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 317.01 | 145,497.25 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.23 | 145,267.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.01 | 145,072.01 |

Subtotals :    $601,867.00    $456,794.99

{} Asset reference(s)    Printed: 02/12/2016 09:48 AM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 812-76440  
**Case Name:** American Land Acquisition Corporati  

**Taxpayer ID #:** **-***3817  
**Period Ending:** 02/12/16  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $77,387,299.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.54 | 144,842.47 |
| 01/17/14 | 112 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2014 FOR CASE #812-76440 | 2300-000 | | 109.18 | 144,733.29 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.24 | 144,518.05 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.00 | 144,324.05 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.66 | 144,123.39 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.13 | 143,902.26 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.98 | 143,695.28 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.79 | 143,495.49 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.05 | 143,268.44 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.20 | 143,069.24 |
| 09/15/14 | 113 | New York State Corporation Tax | CT-200-V Period May 2014, Tax ID 26-3483817 | 2820-000 | | 500.00 | 142,569.24 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.23 | 142,350.01 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.57 | 142,138.44 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.99 | 141,954.45 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 231.41 | 141,723.04 |
| 01/07/15 | 114 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2015 FOR CASE #812-76440, Bond # 016027942 | 2300-000 | | 85.77 | 141,637.27 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.78 | 141,433.49 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.86 | 141,243.63 |
| 03/12/15 | | Weinberg, Gross & Pergament LLP | Bond Refund | 2300-000 | | -14.70 | 141,258.33 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.71 | 141,041.62 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.86 | 140,838.76 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.82 | 140,642.94 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.77 | 140,427.17 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.71 | 140,218.46 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.96 | 140,023.50 |
| 01/06/16 | 115 | Marc A. Pergament | Dividend paid 100.00% on $33,343.35, Trustee Compensation; Reference: | 2100-000 | | 33,343.35 | 106,680.15 |
| 01/06/16 | 116 | Marc A. Pergament | Dividend paid 100.00% on $13.34, Trustee Expenses; Reference: | 2200-000 | | 13.34 | 106,666.81 |
| 01/06/16 | 117 | Giambalvo, Stalzer & Company, CPAS, P.C. | Dividend paid 100.00% on $1,702.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,702.50 | 104,964.31 |

Subtotals :     $0.00     $40,107.70

{} Asset reference(s)     Printed: 02/12/2016 09:48 AM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 812-76440  
**Case Name:** American Land Acquisition Corporati  

**Taxpayer ID #:** **-***3817  
**Period Ending:** 02/12/16  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $77,387,299.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/16 | 118 | Giambalvo, Stalzer & Company, CPAS, P.C. | Dividend paid 100.00% on $21.21, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 21.21 | 104,943.10 |
| 01/06/16 | 119 | Weinberg, Gross & Pergament LLP | Dividend paid 100.00% on $100,041.45, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 100,041.45 | 4,901.65 |
| 01/06/16 | 120 | Weinberg, Gross & Pergament LLP | Dividend paid 100.00% on $4,626.66, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 4,626.66 | 274.99 |
| 01/06/16 | 121 | NYS DEPT OF TAX & FINANCE | Dividend paid 100.00% on $232.92; Claim# 2P-3; Filed: $232.92; Reference: | 5800-000 | | 232.92 | 42.07 |
| 01/06/16 | 122 | NYS DEPT OF TAX & FINANCE | Dividend paid 100.00% on $42.07; Claim# 2U-3; Filed: $42.07; Reference: | 7100-000 | | 42.07 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 601,867.00 | 601,867.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 601,867.00 | 601,867.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$601,867.00** | **$601,867.00** | |

| Net Receipts : | 601,867.00 |
|---|---|
| Net Estate : | $601,867.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6466** | 601,867.00 | 601,867.00 | 0.00 |
| | **$601,867.00** | **$601,867.00** | **$0.00** |

{} Asset reference(s)

Printed: 02/12/2016 09:48 AM    V.13.25